# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIYEKO PAYSINGER, an individual,<br><br>Plaintiff<br><br>v.<br><br>SANTANDER CONSUMER USA INC d.b.a. DRIVE FINANCIAL SERVICES, a corporation,<br><br>Defendant(s). | Case No.: CV 09-01107 DMG(RZx)<br><br>[PROPOSED]<br>ORDER OF DISMISSAL<br>[36] [JS6] |

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: May 7, 2010

_____
Hon. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1

**ORDER OF DISMISSAL**